UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
MORGAN, CHRISTPHER T. § Case No. 13-31432
MORGAN, THERESA M §
 §
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/23/2014 in Courtroom 240,
    United States Courthouse
    c/o Kane County Courthouse
    100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/05/2014       By: Kenneth S. Gardner
                    Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MORGAN, CHRISTPHER T. § Case No. 13-31432
MORGAN, THERESA M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 4,960.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Ford Motor Credit Company, LLC | $ 24,866.60 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 4,960.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 59.01 | $ 0.00 | $ 59.01 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,309.01 |
| Remaining Balance | $ | 3,650.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,620.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commerce Bank | $ 15,138.75 | $ 0.00 | $ 1,070.72 |
| 000002 | Discover Bank | $ 9,984.75 | $ 0.00 | $ 706.19 |
| 000004 | Quantum3 Group LLC as agent for | $ 1,023.72 | $ 0.00 | $ 72.40 |
| 000005 | Fifth Third Bank | $ 5,298.41 | $ 0.00 | $ 374.74 |
| 000006 | Fifth Third Bank | $ 4,565.27 | $ 0.00 | $ 322.89 |
| 000007 | Capital One Bank (USA), N.A. | $ 15,609.91 | $ 0.00 | $ 1,104.05 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,650.99 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-31432-DRC
Christopher T. Morgan                                           Chapter 7
Theresa M Morgan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mmyers              Page 1 of 1              Date Rcvd: Apr 24, 2014
                               Form ID: pdf006           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2014.
db/jdb        +Christopher T. Morgan,    Theresa M Morgan,    36W947 Sunrise Lane,    Saint Charles, IL 60174-5081
20976615       BMO Harris Bank,    PO Box 6201,    Palatine, IL 60094-4033
20840452      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
21427217       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
20840453      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20840454      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20840455      +Comenity Bank/Atylrlmc,    Po Box 182273,    Columbus, OH 43218-2273
20840458      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
21381690      +Fifth Third Bank,    P.O. Box 9013,    Addison, TX 75001-9013
21381928      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
20840460      +Ford Motor Credit Company, LLC,    PO BOX 6275,    Dearborn, MI 48121-6275
20840461      +Harris Bank,    300 S Randall Rd,    Saint Charles, IL 60174-1560
20840463     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
20840462      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21316440       E-mail/Text: bankruptcy@commercebank.com Apr 25 2014 00:49:13      Commerce Bank,    P O BOX 419248,
                KCREC-10,    Kansas City, MO 64141-6248
20840456      +E-mail/Text: bankruptcy@commercebank.com Apr 25 2014 00:49:13      Commerce Bk,    Po Box 411036,
                Kansas City, MO 64141-1036
21319202       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 25 2014 00:52:48      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20840457      +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 25 2014 00:52:48      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
21333891       E-mail/Text: bnc-quantum@quantum3group.com Apr 25 2014 00:48:57
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20840459*     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2014 at the address(es) listed below:
              John S Biallas    on behalf of Debtor Christpher T. Morgan jsb70@comcast.net
              John S Biallas    on behalf of Joint Debtor Theresa M Morgan jsb70@comcast.net
              Joseph  Voiland     jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
              Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5