UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
MORGAN, CHRISTPHER T. § Case No. 13-31432
MORGAN, THERESA M §
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Ford Motor Credit PO BOX 6275 Dearborn, MI 48121 |  |  |  |  |  |
|  | Creditor #: 2 Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | FORD MOTOR CREDIT COMPANY, LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Creditor #: 10 Wells Fargo Bank Po Box 14517 Des Moines, IA 50306 | | | | | |
| | Creditor #: 2 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 3 Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Creditor #: 4 Comenity Bank/Atylrlmc Po Box 182273 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 5 Commerce Bk Po Box 411036 Kansas City, MO 64141 | | | | | |
| | Creditor #: 6 Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Creditor #: 7 Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | | | | |
| | Creditor #: 8 Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | | | | |
| | Creditor #: 9 Harris Bank 300 S Randall Rd Saint Charles, IL 60174 | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | COMMERCE BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000005 | FIFTH THIRD BANK | | | | | |
| 000006 | FIFTH THIRD BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-31432 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | MORGAN, CHRISTPHER T. | | | | Date Filed (f) or Converted (c): | 08/06/13 (f) |
| | MORGAN, THERESA M | | | | 341(a) Meeting Date: | 09/09/13 |
| For Period Ending: | 04/05/14 | | | | Claims Bar Date: | 03/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 36W947 Sunrise Lane, St. Charles, IL | 250,000.00 | 250,000.00 | | 0.00 | FA |
| 2. checking account | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 5. Hummer H-3 | 15,000.00 | 3,700.00 | | 3,000.00 | FA |
| 6. 2012 Ford Mustang | 24,000.00 | 0.00 | | 0.00 | FA |
| 7. 2010 computer and printer | 500.00 | 0.00 | | 0.00 | FA |
| 8. misc. drafting and drawing equipment | 500.00 | 0.00 | | 0.00 | FA |
| 9. 2013 tax refund (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $291,600.00 | $255,700.00 | | $5,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/14　　Current Projected Date of Final Report (TFR): 06/15/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-31432 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MORGAN, CHRISTPHER T. | Bank Name: | Associated Bank |
| | MORGAN, THERESA M | Account Number / CD #: | *******2055 Checking Account |
| Taxpayer ID No: | *******0267 | | |
| For Period Ending: | 08/24/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,960.00 | | 4,960.00 |
| * 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-003 | | 10.00 | 4,950.00 |
| * 05/15/14 | | Reverses Adjustment OUT on 04/07/14 | BANK SERVICE FEE | 2600-003 | | -10.00 | 4,960.00 |
| 05/23/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,250.00 | 3,710.00 |
| 05/23/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 59.01 | 3,650.99 |
| 05/23/14 | 003003 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | | 7100-000 | | 1,070.72 | 2,580.27 |
| 05/23/14 | 003004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 706.19 | 1,874.08 |
| 05/23/14 | 003005 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | | 7100-000 | | 72.40 | 1,801.68 |
| 05/23/14 | 003006 | Fifth Third Bank<br>P.O. Box 9013<br>Addison, TX 75001 | | 7100-000 | | 374.74 | 1,426.94 |
| 05/23/14 | 003007 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001 | | 7100-000 | | 322.89 | 1,104.05 |
| 05/23/14 | 003008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent | | 7100-000 | | 1,104.05 | 0.00 |

Page Subtotals  4,960.00  4,960.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-31432 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MORGAN, CHRISTPHER T. | Bank Name: | Associated Bank |
| | MORGAN, THERESA M | Account Number / CD #: | *******2055  Checking Account |
| Taxpayer ID No: | *******0267 | | |
| For Period Ending: | 08/24/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 71083 Charlotte, NC 28272-1083 | | | | | |

|  |  |  | COLUMN TOTALS | 4,960.00 | 4,960.00 | 0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers/CD's | 4,960.00 | 0.00 | |
|  |  |  | Subtotal | 0.00 | 4,960.00 | |
|  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  |  | Net | 0.00 | 4,960.00 | |

Page Subtotals     0.00     0.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-31432 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | MORGAN, CHRISTPHER T. | | Bank Name: | Congressional Bank |
| | MORGAN, THERESA M | | Account Number / CD #: | *******0283 Checking Account |
| Taxpayer ID No: | *******0267 | | | |
| For Period Ending: | 08/24/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/19/13 | 5, 9 | J.S. Biallas Attorney Trust Account | | 1224-000 | 5,000.00 | | 5,000.00 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 4,980.00 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 10.00 | 4,970.00 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 4,960.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,960.00 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,960.00 | |
| Subtotal | 5,000.00 | 40.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 40.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********2055 | 0.00 | 4,960.00 | 0.00 |
| Checking Account - ********0283 | 5,000.00 | 40.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.00 | 5,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  5,000.00  5,000.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*